JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH R. MEJIA, | ) | No. CV 07-00357-SJO (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CHARLES HARRISON, | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

February 19, 2010

DATED:_____          _____
                                         S. JAMES OTERO
                                         UNITED STATES DISTRICT JUDGE